PEARSON, J.

FILED

19 FEB -8 PM 4: 20

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT SWYSGOOD, | ) |
| | ) CASE NO. 5:17CV697 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| BOARD OF EDUCATION OF THE | ) |
| NORTHWESTERN LOCAL SCHOOL | ) |
| DISTRICT OF WEST SALEM, *et al.*, | ) **JURY INTERROGATORY NO. 1** |
| | ) |
| Defendants. | |

Do you find that the typed-in job titles of "Transportation Coordinator/Head Bus Mechanic" and "Transportation Supervisor/Head Bus Mechanic" contradict the heading at the top of the preprinted portion of the 2012 and 2013 contract document describing the document as a "Support Employee's Contract?"

**CIRCLE YOUR ANSWER IN INK**     (YES) or NO

All jurors must unanimously agree and sign their names below in ink:

Date: 2/8/19

(5:17CV697)

PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT SWYSGOOD, | ) |
|     Plaintiff, | ) CASE NO. 5:17CV697 |
| v. | ) JUDGE BENITA Y. PEARSON |
| BOARD OF EDUCATION OF THE NORTHWESTERN LOCAL SCHOOL DISTRICT OF WEST SALEM, *et al.*, | ) **JURY INTERROGATORY NO. 2** |
|     Defendants. | ) |

Do you find that the parties intended that Plaintiff was to be compensated as a supervisor/administrator and member of the administration in his capacity as the Transportation Supervisor/Head Mechanic, or do you find that the parties intended that Plaintiff was to be compensated as an hourly support employee?

**CIRCLE YOUR ANSWER IN INK**  **(Supervisor/Administrator)** or **Hourly Support Employee**

Date: 2/8/19

2

(5:17CV697)

PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT SWYSGOOD, ) | |
| ) | CASE NO. 5:17CV697 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| BOARD OF EDUCATION OF THE ) | |
| NORTHWESTERN LOCAL SCHOOL ) | |
| DISTRICT OF WEST SALEM, *et al.*, ) | **JURY INTERROGATORY NO. 3** |
| Defendants. | |

If you have found that Plaintiff was to be compensated as an hourly support employee, do you find that Plaintiff waived his right to receive compensation for hours logged beyond his regular workday?

**CIRCLE YOUR ANSWER IN INK**     **YES or NO**

All jurors must unanimously agree and sign their names below in ink:

_____     _____

_____     _____

_____     _____

_____

Date: _____

3

(5:17CV697)

PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT SWYSGOOD, | ) |
|   Plaintiff, | ) CASE NO. 5:17CV697 <br> ) |
|   v. | ) JUDGE BENITA Y. PEARSON <br> ) |
| BOARD OF EDUCATION OF THE <br> NORTHWESTERN LOCAL SCHOOL <br> DISTRICT OF WEST SALEM, *et al.*, | ) <br> ) <br> ) **JURY INTERROGATORY NO. 4** |
|   Defendants. | |

  If you have found that Plaintiff was to be compensated as an hourly support employee and he did not waive his right to receive compensation for hours logged beyond his regular workday, provide the number of actual hours for which he is entitled to compensation.

**WRITE YOUR ANSWER IN INK: Actual number of additional hours (starting from zero) for which he is entitled to compensation:** _____

All jurors must unanimously agree and sign their names below in ink:

_____  _____

_____  _____

_____  _____

_____

Date: _____

PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT SWYSGOOD, ) | |
| ) | CASE NO. 5:17CV697 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| BOARD OF EDUCATION OF THE ) | |
| NORTHWESTERN LOCAL SCHOOL ) | |
| DISTRICT OF WEST SALEM, *et al.*, ) | **JURY VERDICT FORM NUMBER 1** |
| ) | |
| Defendants. | |

We, the Jury, find in favor of Plaintiff Scott Swysgood and against Defendant Board of Education of the Northwestern Local School District of West Salem on Plaintiff's breach of contract claim. We find that Plaintiff is entitled to compensation for hours logged beyond his regular workday.

All Jurors must unanimously agree and sign their names in ink below:

_____    _____

_____    _____

_____    _____

_____

Date: _____

(5:17CV697)

PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT SWYSGOOD, ) | |
| ) | CASE NO. 5:17CV697 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| BOARD OF EDUCATION OF THE ) | |
| NORTHWESTERN LOCAL SCHOOL ) | |
| DISTRICT OF WEST SALEM, *et al.*, ) | **JURY VERDICT FORM NUMBER 2** |
| ) | |
| Defendants. | |

We, the Jury, find in favor of Defendant Board of Education of the Northwestern Local School District of West Salem and against Plaintiff Scott Swysgood on Plaintiff's breach of contract claim.

All Jurors must unanimously agree and sign their names in ink below:

Date: 2/8/19

2